UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE CITY OF NEW YORK,

                                   Plaintiff,

v.                                                          **NOTICE OF APPEARANCE**

                                                                        ECF CASE

BLUE RAGE INC., d/b/a THE COP SHOP, and        17-cv-03480-LDW-AYS
SALVATORE PICCOLO,

                                   Defendants.

------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Gerald E. Singleton, Assistant Corporation Counsel, hereby appears as lead attorney of record, for Plaintiff, The City of New York and requests that he receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 26, 2017

                                                   ZACHARY W. CARTER
                                                   Corporation Counsel of the City of New York
                                                   100 Church Street, Room 20-093
                                                   New York, New York 10007
                                                   (212) 356-2036
                                                   gsinglet@law.nyc.gov

                                                   By: /s/ Gerald E. Singleton
                                                   Gerald E. Singleton (GS4750)
                                                   Assistant Corporation Counsel
                                                   Attorneys for Plaintiff  The City of New York