UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK,

                              Plaintiff,

   -against-

BLUE RAGE INC., d/b/a THE COP SHOP, and
SALVATORE PICCOLO and SUSAN PICCOLO,

                              Defendants.
-------------------------------------------------------------------x

Case No. 17-CV-3480-SJF-AYS

## **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Brian T. Horan, Assistant Corporation Counsel, hereby appears on behalf of James E. Johnson, Corporation Counsel of the City of New York, as counsel of record for Plaintiff and Counterclaim Defendant the City of New York.

Dated:  March 5, 2020
          New York, New York

                                              JAMES E. JOHNSON
                                              Corporation Counsel of the City of New York

                                              By:   */s/ Brian T. Horan*
                                                      Brian T. Horan
                                                      Assistant Corporation Counsel
                                                      100 Church Street, 20th Floor
                                                      New York, NY 10007
                                                      212.356.2297
                                                      bhoran@law.nyc.gov

                                                  *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE CITY OF NEW YORK,

                              Plaintiff,

   -against-

BLUE RAGE INC., d/b/a THE COP SHOP, and
SALVATORE PICCOLO and SUSAN PICCOLO,

                              Defendants.
------------------------------------------------------------------x

Case No. 17-CV-3480-SJF-AYS

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following:

Gerard F. Dunne
Law Offices of Gerard F. Dunne
41 Union Square West, Suite 1125
New York, NY 10003

Dated: March 5, 2020
       New York, New York

JAMES E. JOHNSON
Corporation Counsel of the City of New York

By: */s/ Brian T. Horan*
     Brian T. Horan
     Assistant Corporation Counsel
     100 Church Street, 20th Floor
     New York, NY 10007
     212.356.2297
     bhoran@law.nyc.gov

*Attorney for Plaintiff*